FILED
MAR 14 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:23-cr-00149
Judge Thomas M. Durkin
Magistrate Judge Susan E. Cox

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 1 4 2023

| UNITED STATES OF AMERICA | Case No. |
|---|---|
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| ANTHONY WILLIAMS | |
| | **UNDER SEAL** |

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

On or about December 31, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

ANTHONY WILLIAMS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, ammunition, namely seven rounds of nine-millimeter ammunition bearing the headstamp "WIN 9mm Luger"; six rounds of nine-millimeter ammunition bearing the headstamp "FC Luger 9mm"; three rounds of nine-millimeter ammunition bearing the headstamp "Blazer 9mm Luger"; one round of nine-millimeter ammunition bearing a headstamp containing an image of a deer's head and "9mm Luger"; one round of nine-millimeter ammunition bearing the headstamp "M A 1 2 W"; two rounds of nine-millimeter ammunition bearing the headstamp "Ammo INC 9mm Luger"; four rounds of nine-millimeter ammunition bearing the headstamp "·FC· 9mm Luger"; and one round of nine-millimeter ammunition bearing the headstamp "USA 9mm Luger", which ammunition had

traveled in interstate commerce prior to defendant's possession of the ammunition, and one round of nine-millimeter ammunition bearing the headstamp "norma 9mm LUGER"; one round of nine-millimeter ammunition bearing the headstamp "S&B 18 9x19"; one round of nine-millimeter ammunition bearing the headstamp "-CBC- 9mm Luger"; two rounds of nine-millimeter ammunition bearing the headstamp "OZA 20 9X19mm"; one round of nine-millimeter ammunition bearing the headstamp "BELOM 21 9X19"; two rounds of nine-millimeter ammunition bearing the headstamp "SAR 9 mm Luger"; one round of nine-millimeter ammunition bearing the headstamp "MXT 20 9x19"; three rounds of nine-millimeter ammunition bearing the headstamp "S&B 21 9x19"; one round of nine-millimeter ammunition bearing the headstamp "RP G 9x19"; and one round of nine-millimeter ammunition bearing the headstamp "S&B 17 9x19"; which ammunition had traveled in foreign and interstate commerce prior to defendant's possession of the ammunition;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2022 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a loaded Polymer 80 semiautomatic pistol, a loaded 9 mm drum extended magazine, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of the
ACTING UNITED STATES ATTORNEY